NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIFESCAN SCOTLAND, LTD.,**
*Appellant,*

v.

**PHARMATECH SOLUTIONS, INC.,**
*Appellee.*

---

2015-1149

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00247.

---

**ON MOTION**

---

**O R D E R**

LifeScan Scotland, Ltd. moves for an extension of time, until March 23, 2015, to file its principal brief. Pharmatech Solutions, Inc. opposes an extension longer than 15 days.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                         FOR THE COURT

                                         <u>/s/ Daniel E. O'Toole</u>
                                         Daniel E. O'Toole
                                         Clerk of Court

s27